UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

JS-6

| Case No. | 5:23-cv-01431-SSS-KKx | Date | October 17, 2023 |
|---|---|---|---|
| Title | Gisselle Regaldo v. Credence Resource Management, LLC | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On September 14, 2023, Plaintiff filed a Proof of Service of Summons and Complaint. [Dkt. 8]. On September 27, 2023, the Deputy Court issued a Notice to Filer of Deficiencies in Electronically Filed Document ("NOD"), notifying Plaintiff of the errors with the document. Specifically, "Proof of Service indicates Defendant Credence Resource Management, LLC was served personally; however, Plaintiff provided an unsigned copy of the certified mail/return receipt. Furthermore, the Proof of Service was not signed by the process server." [Dkt. 9]. On the same date, the Court issued its Order in Response to NOD, ordering the document be stricken, and directing Plaintiff to file a correct Proof of Service no later than October 11, 2023. [Dkt. 10].

As of today's date, Plaintiff has not responded nor filed the corrected Proof of Service of Summons and Complaint. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES WITHOUT PREJUDICE** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**